# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| MARK DOWNEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 19-1325C<br>(Filed: November 12, 2019) |

## ORDER

Plaintiff, proceeding pro se, has filed this civil action against the United States. Plaintiff submitted his complaint with an incomplete application to proceed in forma pauperis ("IFP"). On September 6, 2019, the Court ordered Plaintiff to complete and refile his IFP application by October 7, 2019. Docket No. 5. The Court notified the Plaintiff that if he failed to comply with the Court's order, then this action would be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the Court of Federal Claims.

As Plaintiff did not refile his IFP application by the deadline, this case is **DISMISSED** without prejudice.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELAINE D. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　Judge

7018 1830 0001 4963 6427